## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HERON COVE, LLC, | ) | Case No. 3:26-bk-02089 |
| | ) | (Chapter 7) |
| Alleged Debtor. | ) | Judge Randal S. Mashburn |
| | ) | |
| | ) | |
| OLIVER C. CARMICHAEL III, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Contested Matter |
| | ) | |
| HERON COVE, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

## PETITIONER'S OPPOSITION TO MOTION FOR ABSTENTION

_____

Petitioner opposes CastleRock's motion for abstention or, in the alternative, to dismiss. Like its previously filed motion for permissive intervention (Doc. 8), this motion should be denied because CastleRock is a non-petitioning creditor demonstrating a clear motivation to advance only its own claims to the detriment of the alleged debtor's estate and other creditors, including Petitioner.

Movant has furnished evidence of no cognizable standing or interest in dismissal beyond a generalized preference for state-court collection and a desire to erase petitioner's bankruptcy remedy. That is not enough for a § 305 motion.

### *Argument*

1.  CastleRock's motion claims that Petitioner filed its involuntary petition "not as a shield to address genuine insolvency . . . but rather to wield the automatic stay as a sword . . . ."  To the contrary, Petitioner is knowledgeable of the details of the residential development project originally undertaken by Heron Cove, LLC at 0 Earhart Road, Mt. Juliet, TN, and seeks the Court's aid in order to protect the interests of <u>all</u> creditors by appointing a Trustee to properly liquidate the debtor's only asset. <u>See</u> *Opposition to Motion for Permissive Intervention* (Doc. 10).

2.  CastleRock has not, and indeed cannot, show a direct, particularized, pecuniary injury caused by this bankruptcy case. Its motion seeks to advance a private litigation advantage rather than a legitimate case-wide interest.

3.  Before even entertaining Movant's claim to extraordinary relief, this court should require proof of the alleged injury it claims it will suffer if this case proceeds in the ordinary course.

4.  CastleRock claims a righteous interest in judicial economy and refers to the predominance of state law issues in this case. Its motion papers fail even to disclose the fact that there is <u>no</u> state court litigation involving Movant and Petitioner, so there is <u>no</u> threat of duplicative or otherwise inefficient litigation.

5.  Movant cloaks itself in the "service of the interests of justice."  The facts of this case directly contradict its position, however, as demonstrated by Movant's refusal to even discuss a plan for completing the subdivision on terms more favorable to the estate of the alleged debtor <u>and</u> the secured creditors. <u>See</u> *Declaration in Opposition to Motion for Permissive Intervention* (Doc. 10).

6.  Bankruptcy Code § 305 relief is extraordinary, and it should not be granted on the motion of a creditor whose only real objective is to eliminate another creditor's petition rights.

## *CONCLUSION*

CastleRock is a non-petitioning creditor that lacks a statutory right to answer the involuntary petition. Its motion for abstention is nothing more than a transparent attempt to defeat Petitioner's legitimate interest in the orderly liquidation of the alleged debtor in a manner which will protect all creditors, not just Movant.

WHEREFORE, Petitioner respectfully requests that the Court enter an order denying CastleRock Communities Tennessee, LLC's Motion for Abstention and granting such other and further relief as the Court deems just and proper.

Dated: June 1st, 2026.

Respectfully submitted,

/s/ J. David Gibbs

J. David Gibbs
The West Bridge Group, PLLC
1061 Wilshire Way
Brentwood, Tennessee 37027
Telephone: (615) 727-3286
Email: j.david.gibbs@gmail.com
Attorney for Petitioner Oliver C. Carmichael III

## CERTIFICATE OF SERVICE

I hereby certify that on June 1st, 2026, a true and correct copy of the foregoing Opposition and to the Motion of CastleRock Communities Tennessee, LLC for Abstention was filed electronically using the CM/ECF system, which will send notice to all counsel of record and parties entitled to receive notice.

Dated June 1st, 2026.

/s/ J. David Gibbs

J. David Gibbs
Page 3 of 3
